# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2022

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Roberts, Jr, John G. | Supreme Court of the United States | 05/15/2023 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Justice of the United States | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2022<br>**to**<br>12/31/2022 |

**7. Chambers or Office Address**

One First Street, NE
Washington, DC 20543

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2022 | Macrae, Inc. -- Attorney Search Consultants -- recoverable base salary and commission (see Part VIII) |
| 2. 2022 | Pillsbury Winthrop Shaw Pittman LLP -- payment from unfunded, non-qualified deferred compensation plan |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2023 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Jr, John G.** | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Lam Research (Common) LRCX | B | Dividend | M | T | | | | | |
| 2. | Texas Instruments (Common) TXN | E | Dividend | | | Donated<br>(part) | | | | |
| 3. | | | | | | Sold | 12/22/22 | N | F | |
| 4. | Thermo Fisher (Common) TMO | B | Dividend | O | T | | | | | |
| 5. | Amer. Century Gro. Inv. Class I TWGIX | C | Dividend | L | T | | | | | |
| 6. | MetLife GVUL: Putnam Multi-Cap Growth<br>Fund | | None | L | T | | | | | |
| 7. | Vanguard Int'l Gr Fund Admiral Shares<br>VWILX | D | Dividend | M | T | | | | | |
| 8. | Vanguard Sm-Cap Index Fund Admiral<br>VSMAX | B | Dividend | M | T | | | | | |
| 9. | Wells Fargo bank accounts | D | Interest | P1 | T | | | | | |
| 10. | Capital One, Inc. bank accounts | D | Interest | P1 | T | | | | | |
| 11. | Caraheen Partners 1/8 int cottage,<br>Knocklong, County Limerick, Ireland | A | Rent | J | W | | | | | |
| 12. | my529 Equity - 10% Int'l UTSNX | | None | N | T | | | | | |
| 13. | my529 Enrolled UTAWX | | None | L | T | | | | | |
| 14. | First Eagle Global SGIIX | E | Dividend | O | T | Sold<br>(part) | 02/08/22 | J | C | |
| 15. | | | | | | Buy<br>(add'l) | 06/27/22 | J | | |
| 16. | | | | | | Buy<br>(add'l) | 08/29/22 | J | | |
| 17. | | | | | | Buy<br>(add'l) | 10/27/22 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price Blue Chip Growth TRBCX | E | Dividend | N | T | Buy (add'l) | 02/08/22 | J | | |
| 19. | | | | | Buy (add'l) | 04/27/22 | J | | |
| 20. | | | | | Buy (add'l) | 07/27/22 | K | | |
| 21. | | | | | Buy (add'l) | 09/27/22 | J | | |
| 22. | | | | | Buy (add'l) | 10/27/22 | J | | |
| 23. | | | | | Buy (add'l) | 12/13/22 | L | | |
| 24. | | | | | Buy (add'l) | 12/27/22 | J | | |
| 25. Allspring Absolute Return Fund WABIX | | None | | | Sold | 02/09/22 | L | A | |
| 26. Dodge & Cox FDS International Stock DODFX | D | Dividend | N | T | Sold (part) | 02/08/22 | J | B | |
| 27. Principal MidCap Institutional PCBIX | D | Dividend | N | T | Sold (part) | 02/08/22 | J | C | |
| 28. | | | | | Buy (add'l) | 06/27/22 | K | | |
| 29. | | | | | Buy (add'l) | 09/27/22 | J | | |
| 30. | | | | | Buy (add'l) | 12/27/22 | J | | |
| 31. ASG GLBL ALTRNTVE CL Y GAFYX | D | Dividend | M | T | Sold (part) | 02/08/22 | K | | |
| 32. | | | | | Buy (add'l) | 02/08/22 | J | | |
| 33. Invesco Developing Markets ODVYX | | None | | | Buy (add'l) | 02/08/22 | L | | |
| 34. | | | | | Buy (add'l) | 03/25/22 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/27/22 | K | | |
| 36. | | | | | Buy (add'l) | 09/27/22 | J | | |
| 37. | | | | | Buy (add'l) | 10/27/22 | J | | |
| 38. | | | | | Sold | 12/12/22 | N | | |
| 39. Charter Communications (Common) CHTR | | None | | | Sold | 12/22/22 | M | G | |
| 40. my529-FDIC-Insured Static Investment Option UTSIX | | None | N | T | | | | | |
| 41. Thornburg Ltd-Term Muni Inst LTMIX | B | Dividend | | | Buy (add'l) | 02/08/22 | J | | |
| 42. | | | | | Buy (add'l) | 10/27/22 | J | | |
| 43. | | | | | Sold | 12/12/22 | M | | |
| 44. Tweedy Browne Global Value Fund TBGVX | D | Dividend | M | T | Buy (add'l) | 06/27/22 | J | | |
| 45. | | | | | Buy (add'l) | 08/26/22 | J | | |
| 46. T Rowe Price Short-Term Bond PRWBX | C | Dividend | N | T | Sold (part) | 02/08/22 | K | A | |
| 47. | | | | | Buy (add'l) | 12/12/22 | M | | |
| 48. Vanguard Div. Growth Fd Investor Shares VDIGX | F | Dividend | P1 | T | | | | | |
| 49. Gateway Fund GTEYX | B | Dividend | M | T | | | | | |
| 50. Vanguard Total Stk Mkt Index Fd Adm Shs VTSAX | B | Dividend | M | T | Buy (add'l) | 01/27/22 | J | | |
| 51. | | | | | Buy (add'l) | 05/27/22 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 07/27/22 | J | | |
| 53. | | | | | Buy<br>(add'l) | 09/27/22 | J | | |
| 54. | | | | | Buy<br>(add'l) | 12/13/22 | J | | |
| 55. | | | | | Buy<br>(add'l) | 12/27/22 | J | | |
| 56. Goldman Finl Sq Treas Money Market Fund FTIXX | A | Dividend | L | T | Sold<br>(part) | 01/14/22 | J | | |
| 57. | | | | | Buy<br>(add'l) | 02/08/22 | K | | |
| 58. | | | | | Buy<br>(add'l) | 02/09/22 | J | | |
| 59. | | | | | Sold<br>(part) | 04/08/22 | J | | |
| 60. | | | | | Sold<br>(part) | 07/08/22 | J | | |
| 61. | | | | | Buy<br>(add'l) | 08/26/22 | J | | |
| 62. | | | | | Sold<br>(part) | 10/14/22 | J | | |
| 63. | | | | | Buy<br>(add'l) | 10/27/22 | J | | |
| 64. Wells Fargo IRA / Inv. Co. Amer. Class C AICCX | A | Dividend | K | T | Buy<br>(add'l) | 04/08/22 | J | | |
| 65. MetLife GVUL: Deutsche Govt. Money Mkt VIP | | None | J | T | | | | | |
| 66. MetLife GVUL Put.Gro. Opps. | | None | L | T | | | | | |
| 67. Bost.Ptnrs. L/S Rsrch. Fund BPIRX | E | Dividend | M | T | Sold<br>(part) | 02/08/22 | K | A | |
| 68. Charles Schwab bank account | A | Interest | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Jr, John G.** | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. C. Schwab Value Advantage M. Fund SWVXX | C | Dividend | N | T | Buy (add'l) | 12/13/22 | M | | |
| 70. | | | | | Sold (part) | 12/15/22 | J | | |
| 71. Tributary SM Co INSTL IP FOSBX | E | Dividend | N | T | Sold (part) | 02/08/22 | L | D | |
| 72. | | | | | Buy (add'l) | 12/13/22 | J | | |
| 73. | | | | | Buy (add'l) | 12/27/22 | J | | |
| 74. Baird Aggregate FD CL I BAGIX | C | Dividend | | | Sold (part) | 02/08/22 | L | | |
| 75. | | | | | Sold | 12/12/22 | M | | |
| 76. Credit Suisse Comm Ret. I CRSOX | E | Dividend | N | T | Buy (add'l) | 02/08/22 | L | | |
| 77. | | | | | Buy (add'l) | 02/09/22 | K | | |
| 78. MFS Value I MEIIX | E | Dividend | O | T | Sold (part) | 02/08/22 | K | D | |
| 79. | | | | | Buy (add'l) | 02/08/22 | J | | |
| 80. | | | | | Buy (add'l) | 02/25/22 | J | | |
| 81. | | | | | Buy (add'l) | 08/26/22 | J | | |
| 82. | | | | | Buy (add'l) | 10/27/22 | J | | |
| 83. | | | | | Buy (add'l) | 12/27/22 | J | | |
| 84. TriNet Ret. Plan (H) | | | | | | | | | |
| 85. -- TA Vangard Instl Target Ret. 2020 VITWX | | None | M | T | Buy (add'l) | 05/11/22 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 12/15/22 | K | | |
| 87.   Investment Account #1 (H) | | | | | | | | | |
| 88.   -- Janney Advantage Insured Sweep Cash Account | A | Interest | K | T | | | | | |
| 89.   -- American Balanced CL F2 AMBFX | C | Dividend | M | T | Sold<br>(part) | 10/26/22 | J | A | |
| 90.   -- American Global Balanced CL F2 GBLFX | A | Dividend | K | T | Buy<br>(add'l) | 06/28/22 | J | | |
| 91.   -- American Inflation Linked Bond CL F2 BFIGX | B | Dividend | K | T | | | | | |
| 92.   -- American Mutual CL F2 AMRFX | B | Dividend | K | T | Sold<br>(part) | 06/28/22 | J | B | |
| 93.   -- Capital Income Builder CL F2 CAIFX | C | Dividend | M | T | Sold<br>(part) | 06/28/22 | J | A | |
| 94. | | | | | Sold<br>(part) | 10/26/22 | J | A | |
| 95.   -- Income Fund of America CL F2 AMEFX | D | Dividend | M | T | Sold<br>(part) | 06/28/22 | K | C | |
| 96. | | | | | Sold<br>(part) | 10/26/22 | J | A | |
| 97.   -- American High Income CL F2 AHIFX | B | Dividend | K | T | Sold<br>(part) | 10/26/22 | J | | |
| 98.   -- Capital World Growth & Income CL F2 WGIFX | B | Dividend | L | T | Buy<br>(add'l) | 06/28/22 | J | | |
| 99.   -- Amcap CL F2 AMCFX | B | Dividend | K | T | Buy<br>(add'l) | 06/28/22 | J | | |
| 100.   -- American Multisector Income CL F2 MIAYX | C | Dividend | L | T | Buy<br>(add'l) | 06/28/22 | J | | |
| 101.   American Funds SmallCap World Amer. Class C SCWCX | | None | J | T | | | | | |
| 102.   American Funds New World Fund Class C NEWCX | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. BlackRock Global Allocation I MALOX | D | Dividend | M | T | Sold<br>(part) | 02/08/22 | M | | |
| 104. Cottage, Knox County, Maine, United States | E | Rent | N | W | | | | | |
| 105. Baird Short-Term Muni Bond BTMIX | A | Dividend | M | T | Buy | 12/13/22 | M | | |
| 106. T Rowe Price Summit Municipal Income Fund PRINX | A | Dividend | L | T | Buy | 11/25/22 | K | | |
| 107. | | | | | Buy<br>(add'l) | 12/13/22 | K | | |
| 108. Lord Abbett Floating Rate Fund Class I LFRIX | C | Dividend | | | Buy | 02/08/22 | M | | |
| 109. | | | | | Sold | 12/12/22 | M | | |
| 110. Pimco Long Duration Total Return Fund PLRIX | | None | L | T | Buy | 12/12/22 | L | | |
| 111. Davis New York Venture Fund Class Y DNVYX | D | Dividend | M | T | Buy | 02/08/22 | M | | |
| 112. Allspring Emerging Markets Equity Income Fund EQIIX | B | Dividend | N | T | Buy | 12/12/22 | M | | |
| 113. | | | | | Buy<br>(add'l) | 12/13/22 | M | | |
| 114. Macrae, Inc. (see Part VIII) | | None | M | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Jr, John G.** | 05/15/2023 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-B., line 1.  Spousal non-investment income type clarified over prior year reports.

Part VII., line 114.  Reports from 2019 through 2021 disclosed spousal non-investment income from Mlegal Group, Inc. / Macrae, Inc. in Part III-B., but inadvertently omitted from Part VII a non-income-generating equity holding obtained incident to commencement of employment.  Reports from 2019 to 2021 have been amended to reflect this asset.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John G. Roberts, Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544